UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GREGORY ELL SHEHEE,

          Plaintiff,

   v.

AUDREY KING,

          Defendant.

1:14-cv-00590 GSA (PC)

ORDER TO SUBMIT A
**NON-PRISONER** APPLICATION
TO PROCEED IN FORMA PAUPERIS
**OR** PAY THE $400.00 FILING FEE
WITHIN THIRTY DAYS

     Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

     Plaintiff filed this action on April 23, 2014, together with an application to proceed in forma pauperis. (Docs. 1, 2.) However, Plaintiff's application was not submitted on the appropriate form. Accordingly, IT IS HEREBY ORDERED that:

     1.    The Clerk's Office shall send to plaintiff the attached form for application to proceed in forma pauperis **for a non-prisoner**;

     2.    Within thirty days of the date of service of this order, plaintiff shall submit the completed and signed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $400.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

  Dated:  __May 1, 2014__           __/s/ Gary S. Austin__
                                  UNITED STATES MAGISTRATE JUDGE