UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>             Plaintiff,<br><br>     vs.<br><br>AUDREY KING,<br><br>             Defendant. | 1:14-cv-00590-AWI-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS OF JUNE 18, 2014<br>(Doc. 8.)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br>(Docs. 2, 9.) |

   Gregory Ell Shehee ("Plaintiff") is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

   On June 18, 2014, the undersigned issued findings and recommendations to dismiss this action for Plaintiff's failure to obey the court's order of May 2, 2014, which required him to complete and return a non-prisoner application to proceed in forma pauperis to the court, within thirty days. (Doc. 8.) On July 11, 2014, Plaintiff filed objections to the findings and recommendations and submitted a non-prisoner application to proceed in forma pauperis. (Docs. 9, 10.)

   In light of Plaintiff's objections and his submission of the application, and good cause appearing, the court shall vacate the findings and recommendations. In addition, the court has examined Plaintiff's application to proceed in forma pauperis and finds that Plaintiff is unable

to afford the costs of this action. Therefore, the application to proceed in forma pauperis shall be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations of June 18, 2014 are VACATED; and
2. Plaintiff's application to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:   **July 17, 2014**                    **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE