UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>      Plaintiff,<br><br>   vs.<br><br>AUDREY KING,<br><br>      Defendant. | 1:14-cv-00590-AWI-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS OF DECEMBER 1, 2014<br>(Doc. 15.)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STAY<br>(Doc. 16.)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT<br><br>SIXTY DAY DEADLINE |

**I.    BACKGROUND**

Gregory Ell Shehee ("Plaintiff") is a civil detainee proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on April 23, 2014. (Doc. 1.) On October 17, 2014, the Court issued an order dismissing Plaintiff's Complaint for failure to state a claim, with leave to file a First Amended Complaint within thirty days. (Doc. 12.) The thirty-day deadline expired, and Plaintiff failed to file a

1  First Amended Complaint or otherwise respond to the Court's order.  On December 1, 2014,
2  the court issued findings and recommendations, recommending that this case be dismissed for
3  Plaintiff's failure to state a claim.  (Doc. 15.)  Plaintiff was granted thirty days in which to file
4  objections to the findings and recommendations.  (Id.)

5  On December 1, 2014, Plaintiff filed a motion to stay the proceedings in this action.
6  (Doc. 16.)

## II.   MOTION TO STAY

Plaintiff requests the court to stay the proceedings in this action until after he has eye surgery, because he is legally blind and unable to prosecute this case without assistance. Plaintiff has submitted a medical report dated August 26, 2014, as evidence of his blindness. (Doc. 11 at 3.)

The Court does not lightly stay litigation, due to the possibility of prejudice to defendants.  Plaintiff has shown good cause for the court to allow him time for surgery. However, a stay of this action is not Plaintiff's only remedy.  Plaintiff's pending deadline in this action is to file a First Amended Complaint.  While Plaintiff has not indicated when his surgery is scheduled or when he will be ready to proceed, the Court shall grant Plaintiff a sixty-day extension of time to file the First Amended Complaint. Should Plaintiff require a further extension, he should file a motion before the sixty-day deadline expires, showing good cause for the extension to be granted.

In light of the foregoing, the court shall vacate the findings and recommendations of December 1, 2014.

## III.  CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued by the court on December 1, 2014, are VACATED;
2. Plaintiff's motion to stay this action, filed on December 1, 2014, is DENIED; and

///

3. Good cause appearing, Plaintiff is GRANTED an extension of time until sixty days from the date of service of this order in which to file a First Amended Complaint, pursuant to the court's order of October 17, 2014.

IT IS SO ORDERED.

Dated:   **December 12, 2014**                    **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE