UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>            Plaintiff,<br><br>      vs.<br><br>A. KING, et al.,<br><br>            Defendants. | 1:14-cv-00590-GSA-PC<br><br>ORDER STRIKING DOCUMENT FOR VIOLATION OF INFORMATIONAL ORDER<br>(Doc. 22.) |

Gregory Ell Shehee ("Plaintiff") is a civil detainee proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on April 23, 2014. (Doc. 1.)

On March 5, 2015, plaintiff filed a document notifying the court that his rights to the court have been denied in multiple cases. (Doc. 22.) The caption of the document contains multiple case numbers and refers to one of Plaintiff's other cases titled <u>Shehee vs. Ahlin</u>, indicating that Plaintiff expects the court to consider the same document in multiple cases. (Id.) Plaintiff may not submit documents for multiple cases in this manner. As Plaintiff was informed in the court's Informational Order issued on April 24, 2014:

> "If a party has more than one case pending and wants to file the same document in more than one case, the party must provide a separate copy of that document, with the correct case number in the first page caption, for each case. Documents with more than one case number in the caption may be stricken/returned. . . . A document which is 'stricken' will not be considered by the Court for any purpose."

(Informational Order, Doc. 3 at 2 ¶II.A, F.)

Accordingly, IT IS HEREBY ORDERED that Plaintiff's document filed on March 5, 2015 in this action is STRICKEN from the record for violation of the court's informational order.

IT IS SO ORDERED.

Dated:  **March 17, 2015**                    **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE